United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-13998-jkf
Sandra McLean                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia            Page 1 of 1             Date Rcvd: Jul 16, 2018
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
db             +Sandra McLean,    533 Willows Avenue,    Folcroft, PA 19032-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL.
               paeb@fedphe.com
              KENNETH E. WEST    on behalf of Debtor Sandra  McLean dwabkty@aol.com, G6211@notify.cincompass.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Sandra McLean
    Debtor(s)

Case No. : 18-13998 JKF

Chapter 13

### ORDER

AND NOW, this _____ day of _____, 2018, upon Motion of Kenneth E. West, Esquire, attorney for the above Debtor(s), it is hereby ORDERED AND DECREED that the time for filing the Chapter 13 Plan, Statements, Schedules, Summary Sheets, Statistical Summary of Certain Liabilities and Statement of Current Income is extended an additional twenty-one (21) days, until August 3, 2018.

BY THE COURT:

_/s/ Jean K. FitzSimon_ J.

**Date: July 16, 2018**

cc:    Frederick Reigle, Trustee
        Office of the US Trustee
        Sandra McLean