UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SANDRA McLEAN | : | |
| Debtor(s) | : | NO. 18-13998 |

**CERTIFICATE OF SERVICE**
**PLAN TO SECURED & PRIORITY CREDITORS**

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on August 6, 2018, a copy of the Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery).

Dated: August 6, 2018

*/s/ Kenneth E. West*lllllllllllllllllllll
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:    610-446-9000
Fax No.:       610-449-5380
Counsel for Debtor(s)