## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Sandra McLean | : | Chapter 13 |
| | Debtor | : | Case No. 18-13998-JKF |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **Delaware County Tax Claim Bureau, a creditor and/or party in interest** ("the Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor.

**MICHAEL F. X. GILLIN & ASSOCIATES, P.C.**

**Dated:** **08/08/2018**    **BY:** /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Counsel to the Delaware County Tax Claim Bureau
230 N. Monroe Street
Media, PA 19063
P (610) 565-2211
F (610) 565-1846
sbottiglieri@gillinlawoffice.com