IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SANDRA MCLEAN<br>**Debtor**<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC3<br>**Movant**<br>v.<br>SANDRA MCLEAN<br>NIGEL SCOTT (NON-FILING CO-MORTGAGOR)<br>**and**<br>FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)<br>**Respondents** | BK. No. 18-13998 JKF<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 and §1301 |

**ORDER MODIFYING §362 and §1301 AUTOMATIC STAY**

 **AND NOW**, this         day of                    , 2018, at **PHILADELPHIA**, upon Motion of **US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC3** (Movant), it is:

 **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

 **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7215 GUILFORD ROAD, UPPER DARBY, PA 19082-5110(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to evict Debtor and any occupants and allow Movant to proceed with its rights under the terms of said Mortgage; and it is further;

 **ORDERED** that relief from any Co-Debtor stay under U.S.C. **§**1301(c) is hereby granted; and it is further;

 **ORDERED** that any future filings or refilings, singularly or jointly by the Debtor or any occupants will not act as a stay against Movant, its successors or assignees, from exercising its/their rights to take immediate legal action for the enforcement of its/their right to possession of the premises, located at **7215 GUILFORD ROAD, UPPER DARBY, PA 19082-5110**; and it is further;

 **ORDERED** that Rule 4001(a)(3) is not applicable and **US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC3** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**Date: August 10, 2018**

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

KENNETH E. WEST, ESQUIRE
DOUGLASS, WEST AND ASSOCIATES
830 LANSDOWNE AVENUE
DREXEL HILL, PA 19026

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

SANDRA MCLEAN
533 WILLOWS AVENUE
FOLCROFT, PA 1903