United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-13998-jkf
Sandra McLean                                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Aug 10, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db              +Sandra McLean,     533 Willows Avenue,     Folcroft, PA 19032-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
          JEROME B. BLANK    on behalf of Creditor   US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL.
          paeb@fedphe.com
          KENNETH E. WEST    on behalf of Debtor Sandra  McLean dwabkty@aol.com,  G62ll@notify.cincompass.com
          MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
          N.A., as Trustee, ET AL. bkgroup@kmllawgroup.com
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
          steve@bottiglierilaw.com,  ecfnotice@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
                                                                                        TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                        :
SANDRA MCLEAN                                          :    BK. No. 18-13998 JKF
              **Debtor**                                      :
                                                              :    **Chapter No. 13**
US BANK NATIONAL ASSOCIATION, AS            :
TRUSTEE FOR STRUCTURED ASSET               :
SECURITIES CORPORATION, MORTGAGE       :
PASS-THROUGH CERTIFICATES, SERIES        :
2006-BC3                                                   :    **11 U.S.C. §362 and §1301**
              **Movant**                                  :
          **v.**                                             :
SANDRA MCLEAN                                          :
NIGEL SCOTT (NON-FILING CO-                   :
MORTGAGOR)                                             :
            **and**                                          :
 FREDERICK L. REIGLE, ESQUIRE               :
(TRUSTEE)                                                  :
          **Respondents**                            :

## ORDER MODIFYING §362 and §1301 AUTOMATIC STAY

**AND NOW**, this         day of                   , 2018, at **PHILADELPHIA**, upon Motion of **US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC3** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7215 GUILFORD ROAD, UPPER DARBY, PA 19082-5110(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to evict Debtor and any occupants and allow Movant to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. **§**1301(c) is hereby granted; and it is further;

**ORDERED** that any future filings or refilings, singularly or jointly by the Debtor or any occupants will not act as a stay against Movant, its successors or assignees, from exercising its/their rights to take immediate legal action for the enforcement of its/their right to possession of the premises, located at **7215 GUILFORD ROAD, UPPER DARBY, PA 19082-5110**; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC3** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**Date: August 10, 2018**

JEAN K. FITZSIMON, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

KENNETH E. WEST, ESQUIRE
DOUGLASS, WEST AND ASSOCIATES
830 LANSDOWNE AVENUE
DREXEL HILL, PA 19026

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

SANDRA MCLEAN
533 WILLOWS AVENUE
FOLCROFT, PA 1903