UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER  13
                                    :
SANDRA McLEAN                       :
     Debtor(s)                      :        NO. 18-13998 JKF

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

SANDRA McLEAN  has filed a as filed an Objection to the proof of claim filed on behalf of LVNV Funding, LLC with the Court.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion, then on or before June 4, 2019, you or your attorney must do all of the following:

   (a) file an answer explaining your position at:

   United States Bankruptcy Court
   Robert N. C. Nix Building
   900 Market Street, Suite 400
   Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Kenneth E. West, Esquire
   DOUGLASS, WEST & ASSOCIATES
   830 Lansdowne Avenue
   Drexel Hill, PA  19026

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Judge, in Courtroom # 3 at the United States Bankruptcy Court, Robert N. C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299 on June 26, 2019 at 9:30 A.M., or as soon thereafter as counsel can be heard, to consider the motion.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the Hearing has been cancelled because no one filed an answer.

Dated: May 21, 2019

*/s/Kenneth E. West*
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:     610-446-9000
Fax No.:         610-449-5380
Counsel for Debtor(s)