UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SANDRA McLEAN | : | |
| Debtor(s) | : | NO. 18-13998 JKF |

**O R D E R**

AND NOW, this ____27th____ day of June, 2019, upon consideration of the Debtor's Objection to the Proof of Claim Number 2 of LVNV Funding, LLC, and any response, it is hereby **ORDERED** and **DECREED** that Debtor's Objection is **SUSTAINED**.

Proof of Claim No. 2 is **DISALLOWED.**


**BY THE COURT:**

_____
**Jean K. FitzSimon, Bankruptcy Judge**