United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13998-jkf
Sandra McLean                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1             Date Rcvd: Jun 27, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db             +Sandra McLean,    533 Willows Avenue,    Folcroft, PA 19032-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
        EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank National Association as Legal Title
         Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
        JEROME B. BLANK    on behalf of Creditor     US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL.
         paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
        KENNETH E. WEST    on behalf of Debtor Sandra  McLean dwabkty@aol.com,  G6211@notify.cincompass.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
         laltieri@toscanigillin.com
        MARIO J. HANYON    on behalf of Creditor     LoanCare, LLC paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor     Ditech Financial LLC paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor     Federal National Mortgage Association ("FANNIE MAE")
         paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
         N.A., as Trustee, ET AL. bkgroup@kmllawgroup.com
        ROBERT J. DAVIDOW    on behalf of Creditor    US Bank National Association as Legal Title Trustee
         for Truman 2016 SC6 Title Trust robert.davidow@phelanhallinan.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL.
         paeb@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Federal National Mortgage Association ("FANNIE
         MAE") paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 18

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SANDRA McLEAN | : | |
| Debtor(s) | : | NO. 18-13998 JKF |

**O R D E R**

AND NOW, this \_\_\_\_27th\_\_\_\_ day of June, 2019, upon consideration of the Debtor's Objection to the Proof of Claim Number 2 of LVNV Funding, LLC, and any response, it is hereby

**ORDERED** and **DECREED** that Debtor's Objection is **SUSTAINED**.

Proof of Claim No. 2 is **DISALLOWED.**

**BY THE COURT:**

_____
**Jean K. FitzSimon, Bankruptcy Judge**