**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  CASE NO.: 18-13998-jkf
  CHAPTER 13

Sandra McLean
  Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of LOANCARE, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

RAS CRANE, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Cristina DiGiannantonio
    Cristina DiGiannantonio
    Email: cdigiannantonio@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KENNETH E. WEST
DOUGLASS, WEST AND ASSOCIATES
830 LANSDOWNE AVENUE
DREXEL HILL, PA 19026

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

SANDRA MCLEAN
533 WILLOWS AVENUE
FOLCROFT, PA 19032

> RAS CRANE, LLC
> Attorney for Secured Creditor
> 10700 Abbott's Bridge Road
> Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
>
> By: /s/Cristina DiGiannantonio
> Cristina DiGiannantonio
> Email: cdigiannantonio@rascrane.com