United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13998-jkf
Sandra McLean                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 1          Date Rcvd: Oct 24, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +Sandra McLean,    533 Willows Avenue,    Folcroft, PA 19032-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
              KENNETH E. WEST    on behalf of Debtor Sandra  McLean dwabkty@aol.com,    G6211@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MARIO J. HANYON    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Federal National Mortgage Association ("FANNIE MAE")
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee, ET AL. bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    US Bank National Association as Legal Title Trustee
               for Truman 2016 SC6 Title Trust robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Federal National Mortgage Association ("FANNIE
               MAE") paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA MCLEAN | : |
| xxx-xx-3523 | :CHAPTER 13 |
| Debtor. | :CASE NO. 18-13998/JKF |
| | : |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | : |
| Movant, | : |
| v. | : |
| SANDRA MCLEAN | : |
| Debtor, | :Hearing Date: September 25, 2019 @ 9:30 a.m. |
| WILLIAM C. MILLER | : |
| Trustee, | :Courtroom #3 |
| Respondents. | : |

**STIPULATION RESOLVING MOTION BY U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS
533 WILLOW AVENUE, FOLCROFT, PENNSYLVANIA 19032**

THIS matter being opened to the Court by Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust, (hereinafter "US Bank"), upon the filing of a motion for relief from stay as to real property, more commonly known as 533 Willow Avenue,

Folcroft, Pennsylvania 19032; and Kenneth E. West, Esquire of the law office of Douglass West & Associates appearing on behalf of Debtor; and the parties have amicably resolved their differences and for good cause shown;

1. If any valid proofs of payment are produced by the Debtor that have not yet been credited, her post-petition mortgage account shall be adjusted accordingly.

2. Debtor recently brought her post-petition account current through August 1, 2019.

3. Debtor shall remit her September 1, 2019 post-petition payment timely.

4. Debtor shall reimburse US Bank attorney fees totaling $850.00. Commencing with the October 1, 2019 post-petition payment and continuing each month thereafter through and including March 1, 2020, Debtor shall reimburse the aforesaid attorney fees by remitting regular monthly mortgage payments, plus 1/6 of the fees ($141.67).

5. Commencing with the April 1, 2020 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to US Bank as same come due.

6. If the case is converted to a Chapter 7, US Bank shall file a Certification of Default with the Court and request that the Court enter an Order granting it relief from the automatic stay.

7. If any of the aforementioned stipulation payments and/or regular monthly mortgage payments are more than thirty (30) days late, US Bank may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of

the notice, counsel for US Bank may file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for US Bank                                     Date: 10/23/19


/S/KENNETH W. WEST
Kenneth E. West, Esquire
Attorney for Debtor                                      Date: 10/22/19


AND NOW, this __23rd__ day of __October_____, 2019, it is hereby ORDERED that the foregoing Stipulation is approved. ~~shall be, an~~

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Judge, Eastern District of Pennsylvania

*(Page 3 of 3)*