### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra McLean <br>                 Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER <br>                 Movant <br> vs. | NO. 18-13998 JKF |
| Sandra McLean <br>                 Debtor(s) | |
| Scott Waterman <br>                 Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 13th day of November, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 7280 Lamport Rd, Upper Darby, PA 19082 ("Property), as to Movant, its successors or assignees.

                                                              United States Bankruptcy Judge.

                                                              Jean K. FitzSimon

Sandra McLean
533 Willows Avenue
Folcroft, PA 19032

KENNETH E. WEST ESQUIRE
Douglass, West and Associates
830 Lansdowne Avenue
Drexel Hill, PA 19026

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532