# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Sandra McLean**<br>    Debtor<br><br>**LoanCare, LLC**<br>    Movant<br>v.<br>**Sandra McLean**<br>    Debtor/Respondent<br><br>**SCOTT F. WATERMAN, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 18-13998-jkf**<br><br>**Chapter 13**<br><br>**Hearing Date: 12/11/2019**<br>**Hearing Time: 9:30 am**<br>**Location: Courtroom #3, 900 Market Street, Suite 400**<br>**Philadelphia, PA 19107** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

LoanCare, LLC has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the Property located at **517 Littlecroft Road, Upper Darby, Pennsylvania 19082** and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before November 30, 2019**, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

    (a)  File an answer explaining your position at:

    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the movant's attorney:

        Kevin Buttery, Esquire.
        130 Clinton Road, Lobby B, Suite 202
        Fairfield, NJ 07004
        Telephone: 973-575-0707
        Facsimile: 973-404-8886
        Email: kbuttery@rascrane.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 19(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Judge Jean K. FitzSimon** on December 12, 2019 at 9:30 am **in Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: 11/15/2019

        **RAS Citron, LLC**
        130 Clinton Road, Lobby B, Suite 202
        Fairfield, NJ 07004
        Telephone: 973-575-0707
        Facsimile: 973-404-8886
        By: /s/ Kevin Buttery
        Kevin Buttery, Esquire
        PA I.D. 319438
        kbuttery@rascrane.com