United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13998-jkf
Sandra McLean                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina        Page 1 of 1            Date Rcvd: Nov 13, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db            +Sandra McLean,    533 Willows Avenue,    Folcroft, PA 19032-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
              KENNETH E. WEST    on behalf of Debtor Sandra  McLean dwabkty@aol.com,   G6211@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MARIO J. HANYON    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Federal National Mortgage Association ("FANNIE MAE")
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee, ET AL. bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    US Bank National Association as Legal Title Trustee
               for Truman 2016 SC6 Title Trust robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Federal National Mortgage Association ("FANNIE
               MAE") paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 18

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sandra McLean | | CHAPTER 13 |
| Debtor(s) | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | | |
| Movant | | NO. 18-13998 JKF |
| vs. | | |
| Sandra McLean | | |
| Debtor(s) | | |
| Scott Waterman | | 11 U.S.C. Sections 362 and 1301 |
| Trustee | | |

## ORDER

AND NOW, this 13th day of November, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 7280 Lamport Rd, Upper Darby, PA 19082 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.
Jean K. FitzSimon

Sandra McLean
533 Willows Avenue
Folcroft, PA 19032

KENNETH E. WEST ESQUIRE
Douglass, West and Associates
830 Lansdowne Avenue
Drexel Hill, PA 19026

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532