**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Sandra McLean,<br>          Debtor,<br><br>LoanCare, LLC,<br>          Movant,<br><br>v.<br><br>Sandra McLean,<br>          Debtor/Respondent<br><br>SCOTT F. WATERMAN,<br>          Trustee/Respondent | Bankruptcy No. 18-13998-jkf<br><br>Chapter 13<br><br>Hearing Date: December 11, 2019<br>Hearing Time: 09:30 am<br>Hearing Location: Courtroom #3, 900 Market Street, Suite 400<br>Philadelphia, PA 19107 |

## PRAECIPE TO WITHDRAW

PLEASE TAKE NOTICE THAT, on behalf of LoanCare, LLC, and the undersigned hereby withdraws the following document:

**DE 111, Motion for Relief from Stay filed on November 15, 2019**

                                  Respectfully Submitted,

                                  **RAS Citron, LLC**

                        By: /s/ Kevin Buttery
                            Kevin Buttery, Esquire.
                            130 Clinton Road, Lobby B, Suite 202
                            Fairfield, NJ 07004
                            Telephone: 973-575-0707
                            Facsimile: 973-404-8886
                            Email: kbuttery@rascrane.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Sandra McLean,**<br>　　　　**Debtor,**<br><br>**LoanCare, LLC,**<br>　　　　**Movant,**<br><br>v.<br><br>**Sandra McLean,**<br>　　　　**Debtor/Respondent**<br><br>**SCOTT F. WATERMAN,**<br>　　　　**Trustee/Respondent** | **Bankruptcy No. 18-13998-jkf**<br><br>**Chapter 13**<br><br>Hearing Date: December 11, 2019<br>Hearing Time: 09:30 am<br>Hearing Location: Courtroom #3, 900 Market Street, Suite 400<br>Philadelphia, PA 19107 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 10, 2019, the foregoing Praecipe to Withdraw was electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KENNETH E. WEST
Douglass, West and Associates
830 Lansdowne Avenue
Drexel Hill, PA 19026
*Attorney for Debtor*

Sandra McLean
533 Willows Avenue
Folcroft, PA 19032

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
*Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
*U.S. Trustee*

                                                **RAS Citron, LLC**

                                        By: /s/ Kevin Buttery
                                        Kevin Buttery, Esquire.
                                        130 Clinton Road, Lobby B, Suite 202
                                        Fairfield, NJ 07004
                                        Telephone: 973-575-0707
                                        Facsimile: 973-404-8886
                                        Email: kbuttery@rascrane.com