IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
SANDRA MCLEAN :
          Debtor : BK. No. 18-13998 JKF

## ORDER

AND NOW, this 19th day of December, 2019, it is hereby ORDERED that the corresponding Stipulation is hereby approved. ~~and it is also an Order of this Court and it is further~~;

ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

                                                       */s/ Jean K. FitzSimon*
                                                       JEAN K. FITZSIMON,
                                                       Bankruptcy Judge

SCOTT F. WATERMAN, ESQ.
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

KENNETH E. WEST, ESQ.
DOUGLASS, WEST AND ASSOCIATES
830 LANSDOWNE AVENUE
DREXEL HILL, PA 19026

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JOHN F. KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19103

SANDRA MCLEAN
533 WILLOWS AVENUE
FOLCROFT, PA 19032

SANDRA MCLEAN
6900-6902 CLINTON ROAD
UPPER DARBY, PA 19082