United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13998-jkf
Sandra McLean                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Dec 19, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db              +Sandra McLean,    533 Willows Avenue,    Folcroft, PA 19032-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
          EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank National Association as Legal Title
           Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
          JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL.
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
          KENNETH E. WEST    on behalf of Debtor Sandra  McLean dwabkty@aol.com, G621l@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    LoanCare, LLC kbuttery@rascrane.com
          LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          MARIO J. HANYON    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Federal National Mortgage Association ("FANNIE MAE")
           paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
           N.A., as Trustee, ET AL. bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    US Bank National Association as Legal Title Trustee
           for Truman 2016 SC6 Title Trust robert.davidow@phelanhallinan.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL.
           paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Federal National Mortgage Association ("FANNIE
           MAE") paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                      TOTAL: 19

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :    CHAPTER 13
SANDRA MCLEAN                                  :
                              Debtor           :    BK. No. 18-13998 JKF

### ORDER

AND NOW, this 19th day of December , 2019, it is hereby **ORDERED** that the corresponding Stipulation is

hereby approved. xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx:


**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to

Movant, its successors or assignees.

**JEAN K. FITZSIMON,**
**Bankruptcy Judge**


SCOTT F. WATERMAN, ESQ.
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

KENNETH E. WEST, ESQ.
DOUGLASS, WEST AND ASSOCIATES
830 LANSDOWNE AVENUE
DREXEL HILL, PA 19026

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JOHN F. KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19103

SANDRA MCLEAN
533 WILLOWS AVENUE
FOLCROFT, PA 19032

SANDRA MCLEAN
6900-6902 CLINTON ROAD
UPPER DARBY, PA 19082