**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Sandra McLean,<br><br>                 Debtor,<br>Select Portfolio Servicing, Inc. as servicing agent for<br>U.S. Bank N.A., as trustee, on behalf of the holders of<br>the J.P. Morgan Alternative Loan Trust 2007-S1<br>Mortgage Pass-Through Certificates,<br>                 Movant,<br>vs.<br>Sandra McLean,<br><br>                 Debtor / Respondent,<br>and<br>SCOTT F. WATERMAN,<br>                 Trustee / Respondent. | Chapter 13<br><br>Case No.: 18-13998-jkf<br><br>Hearing Date: March 11, 2020<br>Time: 9:30 a.m.<br>Location: Courtroom 3 |

\*   \*   \*   \*   \*   \*   \*

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Alternative Loan Trust 2007-S1 Mortgage Pass-Through Certificates has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **March 8, 2020,** you or your attorney must do all of the following:

      (a)     file an answer explaining your position at:

           United States Bankruptcy Court
           Eastern District of Pennsylvania
           Office of the Clerk
           900 Market Street, Suite 400
           Philadelphia, PA 19107

(b)      mail a copy to the Movant's attorney:

Andrew M. Lubin, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053
Phone No.: 856-482-1400
Fax No.: 856-482-9190

(c)      mail a copy to the Chapter 13 Trustee:

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

2.      If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **March 11, 2020 at 9:30 a.m.** in Courtroom 3 of Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4.      If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED:  February 20, 2020

  /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
alubin@milsteadlaw.com
1 East Stow Road
Marlton, NJ 08053
Attorneys for Movant