United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-13998-jkf
Sandra McLean  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: Virginia  Page 1 of 2  Date Rcvd: Feb 26, 2020
                      Form ID: pdf900  Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
```
db             +Sandra McLean,    533 Willows Avenue,    Folcroft, PA 19032-1333
cr             +LoanCare, LLC,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14123136       +Delaware County Tax Claim Bureau,    c/o Stephen V. Bottiglieri, Esquire,    230 N. Monroe Street,
                 Media, PA 19063-2908
14123138        Fay Servicing,    PO Box 814609,    Dallas TX  75381-4609
14312363       +LoanCare, LLC,    P.O. Box 8068,    Virginia Beach, VA 23450-8068
14401801       +Loancare, LLC,    c/o Cristina DiGiannantonio, Esq.,    10700 Abbott's Bridge Road,   Suite 170,
                 Duluth GA 30097-8461
14123139       +Michael P. Mayberry, Esquire,    PO Box 83,    11 Reese Avenue,    Newtown Square, PA 19073-4047
14289227       +Nationstar Mortgage LLC dba,    Mr. Cooper,    c/o Kevin G. McDonald, Esq.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14123140        Phelan Hallinan Diamond and Jones, PLLC,    1617 John F. Kennedy Blvd., Suite 1400,
                 One Penn Center at Suburban Station,    Philadelphia, PA  19103-1814
14123142      ++SETERUS INC,   PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Seterus, Inc.,    Attn: Bankruptcy Department,    PO Box 1047,
                 Hartford, CT  06143-1047)
14126222       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14303595        U.S. BANK NATIONAL SSOCIATION,ET.AL.,    C/o Mario J. Hanyon, Esq.,
                 Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14185343       +U.S. Bank National Association as,    Legal Title Trustee for Truman 2016,    SC6 Title Trust,
                 3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
14172802        U.S. Bank National Association, as Trustee,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,    Eagan, MN 55121-7700
14123144        Upper Darby Township,    100 Garrett Road,    Upper Darby, PA 19082-3135
14123146       +Wells Fargo Home Mortgage Inc.,    1 Home Campus Correspondence X2501-01T,
                 Des Moines, IA 50328-0001
14123145       +Wells Fargo Home Mortgage Inc.,    PO Box 10328,    Des Moines, IA 50306-0328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:51     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2020 03:28:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: duffyk@co.delaware.pa.us Feb 27 2020 03:28:57     Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:25:52     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14123133        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2020 03:28:06     Comenity Bank - Loft,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH  43218-2125
14123134       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 27 2020 03:28:06
                 Comenity Bank/NewYork & Co.,    PO Box 182273,    Columbus, OH 43218-2273
14123135        E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2020 03:25:55     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV  89193-8873
14180101       +E-mail/Text: duffyk@co.delaware.pa.us Feb 27 2020 03:28:56     Delaware County Tax Claim Bureau,
                 Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
14186799        E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2020 03:28:03     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14123137        E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2020 03:28:03     Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD  57709-6172
14170888        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 03:26:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of Chase Bank USA, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14123689       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 03:26:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14123141        E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 03:29:01
                 Select Portfolio Servicing, Inc.,    Att. Bankruptcy Dept.,    PO Box 65250,
                 Salt Lake City, UT  84165-0250
14123143       +E-mail/Text: duffyk@co.delaware.pa.us Feb 27 2020 03:28:56     Treasurer of Delaware County,
                 201 West Front Street,    Media, PA 19063-2767
14186782        E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 03:29:01
                 U.S. Bank N.A., as trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14186787        E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 03:29:01     Wilmington Trust, NA,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 17
```

```
District/off: 0313-2          User: Virginia            Page 2 of 2              Date Rcvd: Feb 26, 2020
                              Form ID: pdf900           Total Noticed: 34
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
```
              ANDREW M. LUBIN    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank N.A., as trustee, alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ET. AL.
               paeb@fedphe.com
              KENNETH E. WEST    on behalf of Debtor Sandra  McLean dwabkty@aol.com,   G6211@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    LoanCare, LLC kbuttery@rascrane.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Federal National Mortgage Association ("FANNIE MAE")
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee, ET AL. bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    US Bank National Association as Legal Title Trustee
               for Truman 2016 SC6 Title Trust robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET.AL.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Federal National Mortgage Association ("FANNIE
               MAE") paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 20
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SANDRA MC LEAN<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 18-13998-JKF |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 26, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE